UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFFORD BROOKINS II et al.,

    Plaintiffs,

v.        Case No. 05-CV-74580-DT

THE CORPORATE UNITED STATES OF
AMERICA et al.,

    Defendants.
                                /

**ORDER OF DISMISSAL**

On January 12, 2006, the court issued an "Order to Show Cause: Notice of Intended Dismissal" in the above-captioned case. In that order, the court directed Plaintiffs to "show cause in writing no later than January 27, 2006 why this case should not be dismissed for lack of subject matter jurisdiction." (1/12/06 Order at 2.) In that order, the court expressly stated that "[i]f Plaintiffs fail to provide sufficient written clarification of [their] legal claims and specific factual support triggering this court's jurisdiction by January 27, 2006, the above-captioned matter will be dismissed with prejudice." (*Id*. at 2-3.)

Plaintiffs responded to the court's order on January 27, 2006. In their response, however, Plaintiffs still fail to present any particularized facts supporting a claim for relief and instead present further statements concerning government officials and the operation of government in general. In addition, Plaintiffs include in their response

attacks on the validity and jurisdiction of this court.[1]  Plaintiffs' response has not sufficiently responded to the court's show cause order as Plaintiffs have not demonstrated that their complaint satisfies the requirements of Federal Rule of Civil Procedure 12(b)(1).  Accordingly,

    IT IS ORDERED that this case is DISMISSED WITH PREJUDICE.


        S/Robert H. Cleland                   
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: January 31, 2006


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 31, 2006 by electronic and/or ordinary mail.


        S/Lisa Wagner                         
        Case Manager and Deputy Clerk
        (313) 234-5522

---

[1] For example, Plaintiffs state that: "[This court] is practicing [sic] law from the bench. . . .  Some times it makes you wonder if judges is on crack the way that [they] talk to the people. . . .  And he said woe unto you, ye lawyers for ye lade men with burdens grievous to be borne, and ye yourselves touch not the burdens with one of your fingers."  (Pls.' Resp. at 3-4.)